

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-16-00547-CV

**IN THE INTEREST OF M.T., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01326
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was filed on November 3, 2016, making appellee's brief due November 23, 2016. The appellee filed a motion for extension of time requesting a twenty-day extension to file its brief. The motion is GRANTED. Appellee's brief must be filed no later than December 13, 2016. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court